PER CURIAM.

(No. 73-CC-185)

LAWYERS CO-OPERATIVE PUBLISHING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, ATTORNEY GENERAL'S OFFICE, Respondent.

*Opinion filed May 17, 1973.*

LAWYERS CO-OPERATIVE PUBLISHING Co., Claimant, pro se.

307

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.